FILED

OCT 2 8 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN DEOFREDO PEREZ ORDONEZ,

Defendant

Case No.: 26CR3351-TWR

**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Kevin Deofredo Perez Ordonez in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 10/28/26

Todd Robinson

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE